**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| G.W., A MINOR BY HIS PARENT AND GUARDIAN, H.W., | : No. 158 WAL 2023 |
| | : |
| | : |
| Respondents | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| | : |
| AVONWORTH SCHOOL DISTRICT, | : |
| | : |
| Petitioner | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 29th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.